UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RONALD GARDNER,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>    Defendant. | No. CV-09-279-JPH<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS<br><br>(Ct. Rec. 12) |

   On December 7, 2009, the parties filed a stipulated motion to dismiss with prejudice (Ct. Rec. 12).  The parties have consented to proceed before a magistrate judge (Ct. Rec. 8).

   After reviewing the pleadings, the court **GRANTS** the stipulated motion to dismiss. Accordingly,

   **IT IS ORDERED** that the complaint is **dismissed with prejudice.**

   **IT IS FURTHER ORDERED** that the District Court Executive is directed to enter this Order, provide copies to the parties, and **CLOSE** the file.

   DATED this 7th day of December, 2009.

                                 s/ James P. Hutton
                                 JAMES P. HUTTON
                          UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION
TO DISMISS                                          - 1 -